No. 83–6426. YOUNG v. MROCK ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–6439. HAWKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–6445. ALLEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–716. EL PASO CO. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE POWELL would grant certiorari.

No. 83–977. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. HUDGINS. C. A. 11th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 83–1116. HUNT ET AL. v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgments of conviction.

No. 83–1180. MCDONALD v. UNITED AIR LINES, INC., ET AL.;
No. 83–1377. BARR v. UNITED AIR LINES, INC., ET AL.; and
No. 83–1391. UNITED AIR LINES, INC. v. MCDONALD ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of these petitions. Reported below: 717 F. 2d 1140.

No. 83–1222 (A–544). CALIFORNIA v. WILSON. Sup. Ct. Cal. Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

No. 83–1310. YOUNG ET AL. v. SOUTHWESTERN COLORADO WATER CONSERVATION DISTRICT ET AL. Sup. Ct. Colo. Certiorari denied. JUSTICE WHITE and JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 83–1336. JONES ET AL. v. AMALGAMATED WARBASSE HOUSES, INC., ET AL. C. A. 2d Cir. Motion of NAACP Legal Defense and Educational Fund, Inc., et al. for leave to file a brief as amici curiae granted. Certiorari denied.